

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/14/2009

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-31495-H1-13 |
| | § | |
| KATHLEEN A. HERMAN, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | § | |
| Movant | § | HEARING DATE: 12/11/2009 |
| | § | |
| v. | § | TIME: 09:00 AM |
| | § | |
| KATHLEEN A. HERMAN; and DAVID G. PEAKE, Trustee | § | |
| Respondents | § | JUDGE MARVIN ISGUR |

**DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
(This Order resolves Docket # 46)
[FORM TO BE FILED AT LEAST TWO DAYS, EXCLUDING INTERMEDIATE WEEKDAYS AND HOLIDAYS, BEFORE THE SCHEDULED HEARING IF NO RESPONSE HAS BEEN FILED]

U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

9915 FARRELL DRIVE
HOUSTON, TX 77070

LOT THIRTY-SEVEN (37), IN BLOCK TWO (2), OF PARKSIDE AT PERRY, SECTION TWO (2), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED UNDER FILM CODE NO. 467044 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

12/11/09

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on November 16, 2009. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ CHERI ABBAGE                                          12/09/2009
CHERI ABBAGE                                              Date
TX NO. 24010302
S.D. TX NO. 1009125
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 386-7673
E-mail: SDECF@BBWCDF.COM
ATTORNEY FOR MOVANT